**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:24-cv-00039-MR-WCM**

| | |
|---|---|
| **DEAN ALTON HOLCOMB,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | )      <u>**ORDER**</u> |
| **NISSAN NORTH AMERICA, INC.,** | ) |
| **NISSAN OF HENDERSONVILLE,** | ) |
| **LLC., DAWUD TALIB MUHAMMAD,** | ) |
| **DYLAN CHRISMAN, JACK ANDRUS,** | ) |
| **JASMINE MALONE, DEVIN MALONE,** | ) |
| **JOSEPH LNU, FNU HOLCOMB,** | ) |
| **COREY LNU, KYLE LNU,** | ) |
| **and GEORGE LNU,** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

**THIS MATTER** is before the Court *sua sponte.*

On February 2, 2024, the Plaintiff filed the present civil action against

Nissan North America, Inc., Nissan of Hendersonville, LLC., Dawud Talib

Muhammad, Dylan Chrisman, Jack Andrus, Jasmine Malone, Devin Malone,

Joseph LNU, FNU Holcomb, Corey LNU, Kyle LNU, and George LNU,

purportedly asserting claims pursuant to Racketeer Influenced and Corrupt

Organizations Act ("RICO"), 18 U.S.C. §§ 1961-1968, as well as claims for

fraud under 18 U.S.C. § 1341, hate crimes under 18 U.S.C. § 249, and "CFR Title 29, Criminal Conspiracy." [Doc. 1].

On February 2, 2024, the Court entered an Order dismissing the Plaintiff's claims without prejudice and giving the Plaintiff 30 days to file an amended complaint. [Doc. 5]. The Plaintiff was specifically warned that failing to amend his complaint within the time required would result in this action be dismissed without prejudice. [Id.].

More than 30 days have now passed, and the Plaintiff has not filed an amended complaint in this civil action.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is respectfully directed to close this civil action.

**IT IS SO ORDERED.**

Signed: March 15, 2024

Martin Reidinger
Chief United States District Judge

2