# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Dean Alton Holcomb | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff | ) | 1:24-cv-00039-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Nissan North America, Inc., et al. | ) | |
| | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 15, 2024 Order.

March 15, 2024

*[signature]*

Katherine Hord Simon, Clerk
United States District Court